IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF:                    )          IN CHAPTER 7
                                     )
**Michael Matoske**                  )          No. 14 B 11756
**Judith Matoske**                   )
                                     )
        Debtor(s).                   )

## PROOF OF SERVICE

TO:      See Attached


        I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and

Applications for Compensation and Deadline to Object, was sent on August 23, 2016, by

First Class U.S. Mail and/or ECF to the persons shown on the attached service list.


GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                                    BY:/s/ Gina B. Krol_____
                                                   Ch 7 Bankruptcy Trustee

Service List:


Quantum3 Group, LLC as agent for
Comenity Bank
P.O. Box 788
Kirkland, WA   98083

Capital One, NA
c/o Becket & Lee, LLP
P.O. Box 3001
Malvern, PA   19355-0701

Citibank, NA
c/o American InfoSource LP
P.O. Box 248840
Oklahoma City, OK   73124-8840

PYOD, LLC its successors and assigns
as assignee of Citibank, NA
Resurgent Capital Services
P.O. Box 19008
Greenville, SC   29602

Ashley Funding Services, LLC
its sucessors and assign as assignee of
Laboratory Corporation of America
Holdings
Resurgent Capital Services
P.O. Box 10587
Greenville, SC   29603-0587

Capital Recovery V, LLC
c/o Recovery Management Systems
Corp
25 SE 2nd Avenue, Ste 1120
Miami, FL   33131-1605

Gregory Martucci
greg@martuccilaw.com

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov