# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS

| | |
|---|---|
| In re: § | |
| § | |
| MATOSKE, MICHAEL R. § | Case No. 14-11756 DRC |
| MATOSKE, JUDITH L. § | |
| § | |
| Debtors § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 99,423.00 *(Without deducting any secured claims)* | Assets Exempt: 90,234.00 |
| Total Distributions to Claimants: 14,199.27 | Claims Discharged Without Payment: 25,375.39 |
| Total Expenses of Administration: 3,042.76 | |

3) Total gross receipts of $ 17,242.03 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 17,242.03 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 91,542.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,042.76 | 3,042.76 | 3,042.76 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 29,845.00 | 19,179.66 | 19,179.66 | 14,199.27 |
| TOTAL DISBURSEMENTS | $ 121,387.00 | $ 22,222.42 | $ 22,222.42 | $ 17,242.03 |

4) This case was originally filed under chapter 7 on 03/31/2014 . The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/19/2016     By:/s/GINA B. KROL
                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| STOCK | 1129-000 | 10,878.62 |
| STOCK | 1129-000 | 6,363.41 |
| **TOTAL GROSS RECEIPTS** | | **$ 17,242.03** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CityMortgage, Inc. P.O. Box 689196 Des Moines, IA 50368 | | 85,320.00 | NA | NA | 0.00 |
| | First American Bank 700 Busse Road Elk Grove Village, IL 60009 | | 851.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harris Bank P.O. Box 94034 Carol Stream, IL 60197 | | 5,371.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 91,542.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA KROL | 2100-000 | NA | 2,474.20 | 2,474.20 | 2,474.20 |
| GINA KROL | 2200-000 | NA | 13.58 | 13.58 | 13.58 |
| ADAMS LEVINE SURETY BOND AGENCY | 2300-000 | NA | 9.80 | 9.80 | 9.80 |
| ADAMS-LEVINE | 2300-000 | NA | 9.51 | 9.51 | 9.51 |
| ASSOCIATED BANK | 2600-000 | NA | 535.67 | 535.67 | 535.67 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 3,042.76** | **$ 3,042.76** | **$ 3,042.76** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Best Buy P.O. Box 71104 Charlotte, NC 28272 | | 550.00 | NA | NA | 0.00 |
| | Chase Bank P.O. Box 15298 Wilmington, DE 19850 | | 8,793.00 | NA | NA | 0.00 |
| | Credit First 5275 Eastland Road Brookpark, OH 44142 | | 499.00 | NA | NA | 0.00 |
| | Densen's Shops 200 E. Willow Wheaton, IL 60187 | | 137.00 | NA | NA | 0.00 |
| | DuPage Medical Group 15921 Collections Center Drive Chicago, IL 60693 | | 481.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GE Money Bank - Sam's Club P.O. Box 960061 Orlando, FL 32896 | | 247.00 | NA | NA | 0.00 |
| | Home Depot P.O. Box 6497 Sioux Falls, SD 57117 | | 164.00 | NA | NA | 0.00 |
| | Merchants Credit Guide 223 W. Jackson Blvd., Ste. 410 Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| | NCC P.O. Box 3159 Oak Brook, IL 60522 | | 0.00 | NA | NA | 0.00 |
| | Northwest Collectors 3601 Algonquin Rd., Ste. 232 Rolling Meadows, IL 60008 | | 0.00 | NA | NA | 0.00 |
| | Omnicare of Northern Illinois 8351 W. Rockville Road Indianapolis, IN 46234 | | 157.00 | NA | NA | 0.00 |
| | Sears P.O. Box 818017 Cleveland, OH 44181 | | 3,157.00 | NA | NA | 0.00 |
| | Sears P.O. Box 818017 Cleveland, OH 44181 | | 3,303.00 | NA | NA | 0.00 |
| | WalMart P.O. Box 965024 Orlando, FL 32896 | | 2,757.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wheaton Fire Department P.O. Box 457 Wheeling, IL 60090 | | 150.00 | NA | NA | 0.00 |
| 000007 | ASHLEY FUNDING SERVICES, LLC | 7100-900 | 180.00 | 180.99 | 180.99 | 133.99 |
| 000008 | ASHLEY FUNDING SERVICES, LLC | 7100-900 | NA | 95.00 | 95.00 | 70.33 |
| 000002 | CAPITAL ONE, N.A. | 7100-900 | 855.00 | 906.24 | 906.24 | 670.92 |
| 000010 | CAPITAL RECOVERY V, LLC | 7100-900 | NA | 2,930.82 | 2,930.82 | 2,169.77 |
| 000011 | CAPITAL RECOVERY V, LLC | 7100-900 | 1,805.00 | 1,805.95 | 1,805.95 | 1,337.00 |
| 000012 | CAPITAL RECOVERY V, LLC | 7100-900 | 852.00 | 852.38 | 852.38 | 631.04 |
| 000003 | CITIBANK, N.A. | 7100-900 | 268.00 | 191.56 | 191.56 | 141.82 |
| 000004 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-900 | 4,040.00 | 4,104.52 | 4,104.52 | 3,038.70 |
| 000005 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-900 | 675.00 | 3,363.84 | 3,363.84 | 2,490.35 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-900 | NA | 3,359.49 | 3,359.49 | 2,487.13 |
| 000009 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-900 | NA | 596.07 | 596.07 | 441.29 |
| 000001 | QUANTUM3 GROUP LLC | 7100-900 | 775.00 | 792.80 | 792.80 | 586.93 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 29,845.00 | $ 19,179.66 | $ 19,179.66 | $ 14,199.27 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 14-11756 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | MATOSKE, MICHAEL R. | | | Date Filed (f) or Converted (c): | 03/31/14 (f) |
| | MATOSKE, JUDITH L. | | | 341(a) Meeting Date: | 04/30/14 |
| For Period Ending: | 10/12/16 | | | Claims Bar Date: | 08/04/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. DEBTORS' HOUSE 399 E. LINCOLN AVE. GLENDALE HEIGHT 4 | 122,300.00 | 0.00 | | 0.00 | FA |
| 2. CASH<br>Cash | 50.00 | 0.00 | | 0.00 | FA |
| 3. FINANCIAL ACCOUNTS<br>Checking Account Oxford Bank Addison, IL #2220 | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. FINANCIAL ACCOUNTS<br>Savings Account Oxford Bank Addison, IL #9901 | 200.00 | 0.00 | | 0.00 | FA |
| 5. FINANCIAL ACCOUNTS<br>Checking Account Citibank Glendale Heights, IL #2751 | 108.00 | 0.00 | | 0.00 | FA |
| 6. HOUSEHOLD GOODS<br>Used Furniture | 480.00 | 0.00 | | 0.00 | FA |
| 7. BOOKS / COLLECTIBLES<br>Records, Tapes & CDs | 60.00 | 0.00 | | 0.00 | FA |
| 8. WEARING APPAREL<br>Used Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 9. FIREARMS AND HOBBY EQUIPMENT<br>Bells | 50.00 | 0.00 | | 0.00 | FA |
| 10. PENSION / PROFIT SHARING<br>IRA - MasterDex Allianz P.O. Box 59060 Minneapolis, MN 55459 | 26,400.00 | 0.00 | | 0.00 | FA |
| 11. PENSION / PROFIT SHARING<br>401K - R&M American Funds P.O. Box 173764 Denver, CO 80217 | 23,126.00 | 0.00 | | 0.00 | FA |
| 12. STOCK<br>Stocks - Prudential Computershare P.O. Box 43033 Providence, RI 02940 123 Shares @ 83.01 | 10,201.00 | 10,878.62 | | 10,878.62 | FA |
| 13. STOCK | 5,976.00 | 6,363.41 | | 6,363.41 | FA |

Case 14-11756    Doc 33    Filed 10/20/16    Entered 10/20/16 16:02:15    Desc Main
Document    Page 10 of 16

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No: | 14-11756 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | MATOSKE, MICHAEL R. | | | Date Filed (f) or Converted (c): | 03/31/14 (f) |
| | MATOSKE, JUDITH L. | | | 341(a) Meeting Date: | 04/30/14 |
| | | | | Claims Bar Date: | 08/04/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Stocks - Prudential Computershare P.O. Box 43033 Providence, RI 02940 72 Shares @ 83.01 | | | | | |
| 14. LIQUIDATED CLAIMS | 5,283.00 | 0.00 | | 0.00 | FA |
| Anticipated 2013 Tax Refund | | | | | |
| 15. VEHICLES | 6,000.00 | 0.00 | | 0.00 | FA |
| 2007 Ford Taurus | | | | | |
| 16. VEHICLES | 3,900.00 | 0.00 | | 0.00 | FA |
| 2004 Ford Freestar | | | | | |

| TOTALS (Excluding Unknown Values) | $205,834.00 | $17,242.03 | | $17,242.03 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Sent TFR to US Tee August 16, 2016, 12:25 pm

Trustee to prepare TFR
October 14, 2015, 01:39 pm

Trustee received all remaining stock proceeds
October 22 2014, 03:10 pm

Trustee liquidated Prudential stock of Judith Matoske

Trustee is waiting for liquidation of Prudential stock of Michael Matoske
October 01, 2014, 03:16 pm

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

Exhibit 8

| | |
|---|---|
| Case No: | 14-11756    DRC    Judge: Donald R. Cassling |
| Case Name: | MATOSKE, MICHAEL R. |
| | MATOSKE, JUDITH L. |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Date Filed (f) or Converted (c): | 03/31/14 (f) |
| 341(a) Meeting Date: | 04/30/14 |
| Claims Bar Date: | 08/04/14 |

Initial Projected Date of Final Report (TFR): 12/31/15     Current Projected Date of Final Report (TFR): 12/31/15

/s/    GINA B. KROL
_____ Date: 10/12/16
    GINA B. KROL

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-11756 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | MATOSKE, MICHAEL R. | Bank Name: | ASSOCIATED BANK |
| | MATOSKE, JUDITH L. | Account Number / CD #: | *******7582 Checking Account |
| Taxpayer ID No: | *******2777 | | |
| For Period Ending: | 10/19/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/01/14 | 13 | Prudential<br>Computershare<br>PO Box 43033<br>Providence, RI 02940 | | 1129-000 | 6,363.41 | | 6,363.41 |
| 10/20/14 | 12 | Prudential<br>Roselle, IL | Stock | 1129-000 | 10,878.62 | | 17,242.03 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.72 | 17,226.31 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.78 | 17,201.53 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.57 | 17,175.96 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.54 | 17,150.42 |
| 02/10/15 | 030001 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY 10165 | | 2300-000 | | 9.80 | 17,140.62 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.02 | 17,117.60 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.45 | 17,092.15 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.59 | 17,067.56 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.37 | 17,042.19 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.52 | 17,017.67 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.30 | 16,992.37 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.26 | 16,967.11 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.41 | 16,942.70 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.19 | 16,917.51 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.34 | 16,893.17 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.12 | 16,868.05 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.08 | 16,842.97 |
| 02/18/16 | 030002 | ADAMS-LEVINE<br>370 Lexington Avenue | Acct #10BSBGR6291 | 2300-000 | | 9.51 | 16,833.46 |

Page Subtotals 17,242.03 408.57

Ver: 19.06a

LFORM24

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-11756 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | MATOSKE, MICHAEL R. | | Bank Name: | ASSOCIATED BANK |
| | MATOSKE, JUDITH L. | | Account Number / CD #: | *******7582  Checking Account |
| Taxpayer ID No: | *******2777 | | | |
| For Period Ending: | 10/19/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Suite 1101 | | | | | |
| | | New York, NY 10017 | | | | | |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.42 | 16,810.04 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.99 | 16,785.05 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.15 | 16,760.90 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.92 | 16,735.98 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.08 | 16,711.90 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.85 | 16,687.05 |
| 09/16/16 | 030003 | Gina Krol | Final Distribution | | | 2,487.78 | 14,199.27 |
| | | 105 W. Madison Street | | | | | |
| | | Suite 1100 | | | | | |
| | | Chicago, IL 60602 | | | | | |
| | | | Fees   2,474.20 | 2100-000 | | | |
| | | | Expenses   13.58 | 2200-000 | | | |
| 09/16/16 | 030004 | Quantum3 Group LLC as agent for | Final Distribution | 7100-900 | | 586.93 | 13,612.34 |
| | | Comenity Bank | (1-1) Unsecured Debt | | | | |
| | | PO Box 788 | | | | | |
| | | Kirkland, WA 98083-0788 | | | | | |
| 09/16/16 | 030005 | Capital One, N.A. | Final Distribution | 7100-900 | | 670.92 | 12,941.42 |
| | | c o Becket and Lee LLP | (2-1) CREDIT CARD DEBT | | | | |
| | | POB 3001 | | | | | |
| | | Malvern, PA 19355-0701 | | | | | |
| 09/16/16 | 030006 | Citibank, N.A. | Final Distribution | 7100-900 | | 141.82 | 12,799.60 |
| | | c/o American InfoSource LP | | | | | |
| | | PO Box 248840 | | | | | |
| | | Oklahoma City, OK 73124-8840 | | | | | |
| 09/16/16 | 030007 | PYOD, LLC its successors and assigns as | Final Distribution | 7100-900 | | 3,038.70 | 9,760.90 |
| | | assignee | | | | | |
| | | of Citibank, N.A. | | | | | |

Page Subtotals        0.00      7,072.56

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 14-11756 -DRC |
| Case Name: | MATOSKE, MICHAEL R. |
| | MATOSKE, JUDITH L. |
| Taxpayer ID No: | *******2777 |
| For Period Ending: | 10/19/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7582  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/16/16 | 030008 | Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br>PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A. | Final Distribution | 7100-900 | | 2,490.35 | 7,270.55 |
| 09/16/16 | 030009 | Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br>PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A. | Final Distribution | 7100-900 | | 2,487.13 | 4,783.42 |
| 09/16/16 | 030010 | Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br>Ashley Funding Services, LLC<br> as assignee of Laboratory<br>Corporation of America Holdings<br>PO Box 10587<br>Greenville, SC 29603-0587 | Final Distribution | 7100-900 | | 133.99 | 4,649.43 |
| 09/16/16 | 030011 | Ashley Funding Services, LLC<br>assigns as assignee of Laboratory<br>Corporation of America Holdings<br>PO Box 10587<br>Greenville, SC 29603-0587 | Final Distribution | 7100-900 | | 70.33 | 4,579.10 |
| 09/16/16 | 030012 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008 | Final Distribution | 7100-900 | | 441.29 | 4,137.81 |

Page Subtotals        0.00        5,623.09

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-11756 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | MATOSKE, MICHAEL R. | | Bank Name: | ASSOCIATED BANK |
| | MATOSKE, JUDITH L. | | Account Number / CD #: | *******7582 Checking Account |
| Taxpayer ID No: | *******2777 | | | |
| For Period Ending: | 10/19/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/16/16 | 030013 | Greenville, SC 29602<br>Capital Recovery V, LLC<br>c/o Recovery Management Systems Corp.<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Final Distribution<br>(10-1) Modified on 7/28/14 to<br>correct creditor's name. (AD) | 7100-900 | | 2,169.77 | 1,968.04 |
| 09/16/16 | 030014 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corp.<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Final Distribution<br>(11-1) CAR CARE ONE/GECRB | 7100-900 | | 1,337.00 | 631.04 |
| 09/16/16 | 030015 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corp.<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Final Distribution<br>(12-1) JCPENNEY CREDIT SERVICES | 7100-900 | | 631.04 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | | 17,242.03 | 17,242.03 | 0.00 |
| | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | Subtotal | | 17,242.03 | 17,242.03 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | Net | | 17,242.03 | 17,242.03 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********7582 | 17,242.03 | 17,242.03 | 0.00 |
| | 17,242.03 | 17,242.03 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     4,137.81

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 15)

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit 9

| Case No: | 14-11756 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | MATOSKE, MICHAEL R. | | Bank Name: | ASSOCIATED BANK |
| | MATOSKE, JUDITH L. | | Account Number / CD #: | *******7582 Checking Account |
| Taxpayer ID No: | *******2777 | | | |
| For Period Ending: | 10/19/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals         0.00         0.00

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 16)*